**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Isabel MARTINEZ–GONZALEZ, a.k.a. Pedro Florencio Martinez–Gonzalez; et al., Defendant—Appellant.**

No. 06–30009.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2006.*

Decided July 21, 2006.

Gregory M. Shogren, Esq., USYA—Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Tracy A. Staab, Esq., FPDWA—Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**